```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          BLUEFIELD
```

EDDIE G. WASHINGTON,

    Plaintiff,

v.                                                      Civil Action No. 1:07-0513

GEORGE JANICE, Warden,
Stevens Correctional
Center, et al.,

    Defendants,
and

DONALD ROSENBERGER,

    Plaintiff,

v.                                                      Civil Action No. 1:07-0629

GEORGE JANICE, Warden,
Stevens Correctional
Center, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

      Pending before the court is plaintiffs' motion that this case be deemed subject to the provisions of Federal Rule of Civil Procedure 26. (Doc. # 48). For the reasons expressed in plaintiffs' motion, that motion is GRANTED and the court will enter an Order and Notice forthwith.

      The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

      **IT IS SO ORDERED** this 11th day of December, 2009.

                                                            ENTER:

                                                             David A. Faber
                                                             Senior United States District Judge